Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13315−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth McCarthy
   80 Cliffedge Way
   Red Bank, NJ 07701−5211

Social Security No.:
   xxx−xx−0158

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on June 28, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 41 − 38
Order Granting Application for Extension of Loss Mitigation (Related Doc # 38). Loss Mitigation Period Extended to: 9/22/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/28/2019. (slf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 28, 2019
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth McCarthy  
    Debtor

Case No. 19-13315-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2019  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm          +E-mail/Text: bkteam@selenefinance.com Jun 29 2019 01:24:22      Selene Finance,  
        P.O. Box 422039,    Houston, TX 77242-4239  
                                                                                                                  TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     MTGLQ Investors, LP dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Harold N. Kaplan     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana  
         Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com,  
         informationathnk@aol.com  
         Kevin Gordon McDonald     on behalf of Creditor     MTGLQ Investors, LP kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Nicholas V. Rogers     on behalf of Creditor     SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
         Robert B Davis     on behalf of Debtor Kenneth     McCarthy Rob@davislawcenterllc.com,  
         teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com  
         Robert P. Saltzman     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a  
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o  
         Rushmore Loan Management Services dnj@pbslaw.org  
         Sherri Jennifer Smith     on behalf of Creditor     SANTANDER BANK, N.A. nj.bkecf@fedphe.com,  
         nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 9