| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824311<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Santander Bank, N.A.** | Order Filed on August 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KENNETH MCCARTHY | Case No: 19-13315 - CMG<br><br>Hearing Date: 09/18/2019<br><br>Judge:  Christine M. Gravelle |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 824311**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Santander Bank, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    KENNETH MCCARTHY           CASE NO. 19-13315 - CMG

                                          CHAPTER 13

    Debtor                            CONSENT ORDER RESOLVING
                                          OBJECTION TO CONFIRMATION

                                          HEARING DATE: 09/18/2019

    **This Consent Order pertains to the property located at 80 CLIFFEDGE WAY, RED BANK, NJ 07701, mortgage account ending with "9115";**

    **THIS MATTER** having been brought before the Court by, Robert B. Davis, Esquire, Esquire attorney for debtor, Kenneth Mccarthy upon the filing of a Chapter 13 Plan, Santander Bank, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS  ORDERED as follows:**

    1.     Santander Bank, N.A. has filed a valid, secured Proof of Claim in the amount of **$313.01** (claim no. 5-1).

    2.     The Trustee is authorized not to pay the secured arrearage claim of Santander Bank, N.A. in the amount of **$313.01** (claim no. 5-1), so debtors can apply and potentially complete a loan modification. Should the debtors qualify for a loan modification, the loan modification must be approved no later than **November 1, 2019**.

    3.     If Loan Modification is approved, Santander Bank, N.A. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.     If a loan modification is not approved by **November 1, 2019**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

6.    This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
SANTANDER BANK, N.A.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

                              Dated: August 5, 2019

/s/ Robert B. Davis                    Dated: August 16, 2019
Robert B. Davis, Esquire
Attorney for debtors