| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824311<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Santander Bank, N.A.** | Order Filed on August 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KENNETH MCCARTHY | Case No: 19-13315 - CMG<br><br>Hearing Date: 09/18/2019<br><br>Judge: Christine M. Gravelle |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 824311**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Santander Bank, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

  KENNETH MCCARTHY        CASE NO. 19-13315 - CMG

                    CHAPTER 13

 Debtor

                    CONSENT ORDER RESOLVING
                    OBJECTION TO CONFIRMATION

                    HEARING DATE: 09/18/2019

  **This Consent Order pertains to the property located at 80 CLIFFEDGE WAY, RED BANK, NJ 07701, mortgage account ending with "9115";**

  **THIS MATTER** having been brought before the Court by, Robert B. Davis, Esquire, Esquire attorney for debtor, Kenneth Mccarthy upon the filing of a Chapter 13 Plan, Santander Bank, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

  **IT IS ORDERED as follows:**

  1. Santander Bank, N.A. has filed a valid, secured Proof of Claim in the amount of **$313.01** (claim no. 5-1).

  2. The Trustee is authorized not to pay the secured arrearage claim of Santander Bank, N.A. in the amount of **$313.01** (claim no. 5-1), so debtors can apply and potentially complete a loan modification. Should the debtors qualify for a loan modification, the loan modification must be approved no later than **November 1, 2019**.

  3. If Loan Modification is approved, Santander Bank, N.A. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

  4. If a loan modification is not approved by **November 1, 2019**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5.   Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

6.   This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
SANTANDER BANK, N.A.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

                Dated: August 5, 2019

/s/ Robert B. Davis         Dated: August 16, 2019
Robert B. Davis, Esquire
Attorney for debtors

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-13315-CMG
Kenneth McCarthy                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 16, 2019
                           Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
db          Kenneth McCarthy,    80 Cliffedge Way,    Red Bank, NJ    07701-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
       Albert   Russo     docs@russotrustee.com
       Denise E. Carlon     on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Harold N. Kaplan     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, informationathnk@aol.com
       Kevin Gordon McDonald      on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
       Nicholas V. Rogers     on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
       Robert B Davis     on behalf of Debtor Kenneth  McCarthy Rob@davislawcenterllc.com, teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com
       Robert P. Saltzman     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org
       Sherri Jennifer Smith     on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
       Sindi   Mncina     on behalf of Creditor    Wilmington Savings Fund Society, FSB smncina@rascrane.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 10