Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−13315−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth McCarthy
   80 Cliffedge Way
   Red Bank, NJ 07701−5211

Social Security No.:
   xxx−xx−0158

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2019
JAN: ckk

                                                                                                           Jeanne Naughton
                                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-13315-CMG
Kenneth McCarthy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Sep 20, 2019
                       Form ID: 148    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.

```
db             Kenneth McCarthy,    80 Cliffedge Way,    Red Bank, NJ   07701-5211
cr            +SANTANDER BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
cr            +Wilmington Savings Fund Society, FSB,    RAS Crane LLC,    10700 Abbott's Bridge Road, Suite 170,
               Duluth, GA 30097-8461
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane, LLC,
               10700 Abbott's Bridge Road,    Suite 170,    Duluth, GA 30097-8461
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road,    Suite 100,
               Irvine, CA 92618-2132
518034518     +Federal National Mortgage,    3900 Wisconsin Ave NW,    Washington, DC 20016-2806
518210817      MTGLQ Investors, L.P.,    c/o NewRez LLC dba Shellpoint Mtg Svc,    PO Box 10826,
               Greenville, SC 29603-0826
518034519     +Pluese Becker & Saltzman, LLC,    2000 Horizon Way,    Suite 910,    Mount Laurel, NJ 08054-4303
518064231     +Rushmore Lms,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
518205186     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
518034520    ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus, Inc.,    14523 S.W. Willikan Way Ste 200,
               Beaverton, OR 97005)
518064233      Santander Bank Na,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
518064232     +Santander Bank Na,    MS 1731,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
518104175     +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011
518064235     +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
518050924     +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
518133381     +Wilmington Savings Fund Society FSB as trustee,    for Pretium Mrtg. Association Trust,
               c/o Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2019 01:12:21     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2019 01:12:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
lm            +E-mail/Text: bkteam@selenefinance.com Sep 21 2019 01:11:11     Selene Finance,
               P.O. Box 422039,    Houston, TX 77242-4239
518064236     +EDI: BANKAMER2.COM Sep 21 2019 04:38:00      Bank Of America,    Attn Bankruptcy Dept,
               P.O. Box 9000,    475 Cross Point Pkwy,    Getzville, NY 14068-1609
518185719      EDI: PRA.COM Sep 21 2019 04:38:00      Portfolio Recovery Associates, LLC,
               C/Ocapital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518064237     +EDI: PRA.COM Sep 21 2019 04:38:00      Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
518466460     +E-mail/Text: jennifer.chacon@spservicing.com Sep 21 2019 01:13:48
               Select Portfolio Servicing Inc. as Servicing agent,    forLegacy Mortgage Asset Trust 2019-RPL3,
               Attn: Remittance Processing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450,
               Select Portfolio Servicing Inc. as Servi 84165-0450
518466459      E-mail/Text: jennifer.chacon@spservicing.com Sep 21 2019 01:13:48
               Select Portfolio Servicing Inc. as Servicing agent,    forLegacy Mortgage Asset Trust 2019-RPL3,
               Attn: Remittance Processing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
518064234      E-mail/Text: bkteam@selenefinance.com Sep 21 2019 01:11:11     Selene Finance,
               9990 Richmond Suite 400 South,    Houston, TX 77042-4546
518134790     +E-mail/Text: bkteam@selenefinance.com Sep 21 2019 01:11:11     Wilmington Savings Fund Society,
               C/O Selene Finance,    9990 Richmond Ave.,    Suite 400 South,    Houston TX 77042-4546
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
518193558      SANTANDER BANK, N.A.
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 20, 2019
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com,
               informationathnk@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-RPL3
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert B Davis    on behalf of Debtor Kenneth   McCarthy Rob@davislawcenterllc.com,
               teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi   Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```